SOUTHERN RAILWAY COMPANY <em>v.</em> CLAY.

LUMPKIN, J. 1. A petition alleged, that a man went to a railway station
to assist his wife to board a train; that he helped her to enter the
coach and carried for her a heavy valise, which she could not well lift;
that this was done with the knowledge and consent of the conductor;
that a reasonable time was not allowed him to leave the train, and that
it started without giving any signal; that the train did not stop the
usual length of time at that point; that the plaintiff, while proceeding
to alight, reached the first step of the car, expecting that it would be
checked in speed so that he might get off, but instead he was thrown
by a sudden and violent jerk to the ground, thereby sustaining injury.
An amendment was allowed, alleging, that while the plaintiff was stand-
ing on the step, the engineer saw him, and, instead of slacking the
speed of the train, so as to enable him to leave it in safety, increased
the speed and so managed the engine as to give a violent, unusual, and
unnecessary jerk, throwing him to the ground and causing the injury;
that the engineer was guilty of these acts with full knowledge that it
was the purpose of the plaintiff to alight from the train; that the acts
of negligence on the part of the defendant resulted in the plaintiff's
losing his hold and being thrown to the ground. <em>Held,</em> that the amend-
ment did not add a new cause of action.

2. The evidence in this case was sufficient to support the verdict.

3. The question of reopening a case for the admission of additional testi-
mony is one to be determined in the use of a sound discretion by the
trial court, and such discretion will not be controlled unless abused.
<em>Frazier</em> v. <em>State,</em> 112 <em>Ga.</em> 868 (38 S. E. 349); <em>Standard Cotton Mills</em> v.
<em>Cheatham,</em> 125 <em>Ga.</em> 649 (54 S. E. 650).

4. Where the plaintiff made out a prima facie case, which was vigorously
attacked by the defendant, it was not error to permit the plaintiff to

introduce additional testimony in support of his case and in rebuttal of the evidence of the defendant, notwithstanding the same proof might have been adduced on the first examination. *Bryan* v. *Walton,* 20 *Ga.* 480; *Rust & Johnston* v. *Shackleford & Co.,* 47 *Ga.* 538; *Bray* v. *Latham,* 81 *Ga.* 640 (8 S. E. 64).

*Judgment affirmed. All the Justices concur.*

Submitted January 14,—Decided April 17, 1908.

Action for damages. Before Judge Gober. Cobb superior court. March 23, 1907.

*Dorsey, Brewster, Howell & Heyman, Maddox, McCamy & Shumate,* and *E. P. Green,* for plaintiff in error.

*E. H. Clay* and *J. Z. Foster,* contra.

*Judgment affirmed. All the Justices concur.*